1  Roger R. Myers (CA Bar No. 146164)
   *roger.myers@hro.com*
2  Adam Brezine (CA Bar No. 220852)
   *adam.brezine@hro.com*
3  HOLME ROBERTS & OWEN LLP
   560 Mission St., 25th Floor
4  San Francisco, CA  94105
   415-268-2000
5  415-268-1999 (fax)

6  Attorneys for Defendant
   VITAMIN SHOPPE INDUSTRIES, INC.
7

8                     UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

10

11 | GRADY JACKSON, in his representative capacity pursuant to Cal. Bus. & Prof. Code §§17203, 17535 and Cal. Code Civ. Pro.§§ 382, 1021.5, | Case No. C 08-05584-CW |
|---|---|
| | **STIPULATED EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT; ORDER** |
| Plaintiffs, | |
| vs. | **[Local Rule 6-1(a)]** |
| BALANCED HEALTH PRODUCTS, INC., a Delaware Corporation, NIKKI HASKELL, an individual, GENERAL NUTRITION CORPORATION, a Pennsylvania Corporation, GENERAL NUTRITION CENTERS, INC., a Pennsylvania Corporation; GREAT EARTH COMPANIES INC., a Delaware Corporation; VITAMIN SHOPPE INDUSTRIES, Inc. a New York Corporation; and, DOES 1-50, inclusive, | |
| Defendants. | |

**STIPULATED EXTENSION OF TIME TO RESPOND TO COMPLAINT**
**JACKSON V. BALANCED HEALTH PRODUCTS, INC., ET AL.**
**CASE NO. C 08-05584-CW**

#42142 v1 saf

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Grady Jackson and Defendants Balanced Health Products, Inc. ("BHP"), Nikki Haskell, General Nutrition Corporation, General Nutrition Centers, Inc., The Vitamin Shoppe Industries, Inc. ("Vitamin Shoppe"), and Great Earth Companies, Inc. ("Great Earth"), through their respective counsel and pursuant to Local Rule 6-1(a), that the time for Defendants BHP, Haskell, Vitamin Shoppe and Great Earth to answer, move, or otherwise respond to Plaintiff's Complaint shall be extended up to and including February 21, 2009.

Dated: January 22, 2009

PINNACLE LAW GROUP, LLP

By: */s/ Eric Farber*
    Eric J. Farber
    Attorneys for Plaintiff
    GRADY JACKSON

Special Appearance:

By: */s/ David Gernsbacher*
    David Gernsbacher (Application for Admission Pending)
    Specially Appearing for Defendants
    BALANCED HEALTH PRODUCTS, INC.
    and NIKKI HASKELL

MCGUIRE WOODS LLP

By: */s/ Sidney Kanazawa*
    Sidney K. Kanazawa
    Attorneys for Defendants
    GENERAL NUTRITION CORPORATION
    and GENERAL NUTRITION CENTERS, INC.

HOLME, ROBERTS & OWEN LLP

By: */s/ Adam Brezine*
    Roger R. Myers
    Adam Brezine
    Attorneys for Defendant
    VITAMIN SHOPPE INDUSTRIES, INC.

Special Appearance:

LAW OFFICES OF JAY GELLER

By: */s/ Jay Geller*
    Jay Geller
    Specially Appearing for Defendant
    GREAT EARTH COMPANIES, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

_[signature]_

United States District Judge
    1/26/09

Dated: _____

**STIPULATED EXTENSION OF TIME TO RESPOND TO COMPLAINT**
**JACKSON V. BALANCED HEALTH PRODUCTS, INC., ET AL.**
**CASE NO. C 08-05584-CW**

#42142 v1 saf

<u>ATTESTATION OF CONCURRENCE IN FILING</u>

Pursuant to N.D. Cal. General Order No. 45, section 45 X(B), Adam Brezine hereby attests that concurrence in the filing of this stipulation and proposed order has been obtained from Counsel for the non-filing parties.

                                              HOLME ROBERTS & OWEN LLP

By: _____
     Adam Brezine

Attorneys for Vitamin Shoppe Industries, Inc.

**STIPULATED EXTENSION OF TIME TO RESPOND TO COMPLAINT**
**JACKSON V. BALANCED HEALTH PRODUCTS, INC., ET AL.**
**CASE NO. C 08-05584-CW**

#42142 v1 saf