Eric J. Farber (SBN 169472)
Andrew A. August (SBN 112851)
John L. Fitzgerald (SBN 126613)
PINNACLE LAW GROUP LLP
425 California Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 394-5700
Facsimile: (415) 394-5003
Email: aaugust@pinnaclelawgroup.com

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| GRADY JACKSON, in his representative capacity pursuant to Cal. Bus. & Prof. Code §§17203, 17535 and Cal. Code Civ Pro. §§ 382, 1021.5,<br><br>          Plaintiffs<br>   v.<br><br>BALANCED HEATH PRODUCTS, INC., a Delaware Corporation; NIKKI HASKELL, an individual; GENERAL NUTRITION CORPORATION, a Pennsylvania Corporation, GENERAL NUTRITION CENTERS, INC., a Pennsylvania Corporation; GREAT EARTH COMPANIES INC., a Delaware Corporation; VITAMIN SHOPPE INDUSTRIES, Inc., a New York Corporation; and DOES 1–50, inclusive,<br><br>          Defendants. | **CASE NO.  C 08-05584-CW**<br><br>*Unlimited Civil Case*<br><br>**STIPULATION TO DISMISS DEFENDANT GREAT EARTH COMPANIES INC. WITHOUT PREJUDICE PURSUANT TO F.R.C.P. § 41; and, ORDER** |

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

5088.001/00074934     1     **STIPULATION TO DISMISS WITHOUT PREJUDICE**
**CASE NUMBER: C 08-05584-CW**

Plaintiff Grady Jackson and Defendant Great Earth Companies, Inc., by and through undersigned counsel, hereby stipulate pursuant to Federal Rule of Civil Procedure §41 to dismiss this matter without prejudice against Defendant Great Earth Companies, Inc. only.   Defendant Great Earth Companies, Inc. has not yet filed a responsive pleading to the Complaint in this matter.

DATED:  February 12, 2009          PINNACLE LAW GROUP LLP

By:     /s/     *Eric J. Farber*
Eric J. Farber
Attorneys for Plaintiff

DATED:  February 12, 2009          LAW OFFICES OF JAY GELLAR

By:     /s/  *Jay Gellar*
Jay Gellar, Esq.
Specially appearing on behalf of
Defendant Great Earth Companies, Inc.

**ORDER**

Good cause appearing, the complaint against Defendant Great Earth Companies, Inc. is hereby Dismissed without Prejudice.

Dated: 2/18/09

_____
The Honorable Claudia Wilken
Judge of the United States District Court

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

5088.001/00074934               2               **STIPULATION TO DISMISS WITHOUT PREJUDICE**
**CASE NUMBER: C 08-05584-CW**