Roger R. Myers (CA Bar No. 146164)
*roger.myers@hro.com*
Adam Brezine (CA Bar No. 220852)
*adam.brezine@hro.com*
HOLME ROBERTS & OWEN LLP
560 Mission St., 25th Floor
San Francisco, CA  94105
415-268-2000
415-268-1999 (fax)

Attorneys for Defendant
VITAMIN SHOPPE INDUSTRIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| GRADY JACKSON, in his representative capacity pursuant to Cal. Bus. & Prof. Code §§17203, 17535 and Cal. Code Civ. Pro.§§ 382, 1021.5,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>BALANCED HEALTH PRODUCTS, INC., a Delaware Corporation, NIKKI HASKELL, an individual, GENERAL NUTRITION CORPORATION, a Pennsylvania Corporation, GENERAL NUTRITION CENTERS, INC., a Pennsylvania Corporation; GREAT EARTH COMPANIES INC., a Delaware Corporation; VITAMIN SHOPPE INDUSTRIES, Inc. a New York Corporation; and, DOES 1-50, inclusive,<br><br>                    Defendants. | Case No. C 08-05584-CW<br><br>**STIPULATION ALLOWING PLAINTIFF TO FILE AMENDED COMPLAINT AND SETTING DATE FOR RESPONSE; ORDER** |

**STIPULATION ALLOWING PLAINTIFF TO FILE AMENDED COMPLAINT; [PROPOSED] ORDER**
**JACKSON V. BALANCED HEALTH PRODUCTS, INC., ET AL.**
**CASE NO. C 08-05584-CW**

#42651 v1 saf

1  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Grady
2  Jackson ("Plaintiff") and Defendants Balanced Health Products, Inc., Nikki Haskell,
3  General Nutrition Corporation, General Nutrition Centers, Inc., and The Vitamin Shoppe
4  Industries, Inc. (collectively, "Defendants"), through their respective counsel, as follows:

5  1. Pursuant to Fed. R. Civ. P. 15(a)(2), the Defendants agree that Plaintiff shall
6  be permitted to file an Amended Complaint on or before February 27, 2009.

7  2. The deadline for Defendants to answer or otherwise respond to Plaintiff's
8  Amended Complaint shall be March 13, 2009.

Dated:  February 20, 2009

| PINNACLE LAW GROUP, LLP | HOLME, ROBERTS & OWEN LLP |
|---|---|
| By: */s/ Eric Farber*<br>Eric J. Farber<br>Attorneys for Plaintiff<br>GRADY JACKSON | By: */s/ Adam Brezine*<br>Roger R. Myers<br>Adam Brezine<br>Attorneys for Defendant<br>VITAMIN SHOPPE INDUSTRIES, INC. |
| Special Appearance: | MCGUIRE WOODS LLP |
| By: */s/ David Gernsbacher*<br>David Gernsbacher (Application for Admission Pending)<br>Specially Appearing for Defendants<br>BALANCED HEALTH PRODUCTS, INC.<br>and NIKKI HASKELL | By: */s/ Sidney Kanazawa*<br>Sidney K. Kanazawa<br>Attorneys for Defendants<br>GENERAL NUTRITION CORPORATION and GENERAL NUTRITION CENTERS, INC. |

PURSUANT TO STIPULATION, IT IS SO ORDERED:

_____
United States District Judge
Dated:  2/24/09
       _____

**STIPULATION ALLOWING PLAINTIFF TO FILE AMENDED COMPLAINT; [PROPOSED] ORDER**
**JACKSON V. BALANCED HEALTH PRODUCTS, INC., ET AL.**
**CASE NO. C 08-05584-CW**

#42651 v1 saf

ATTESTATION OF CONCURRENCE IN FILING

Pursuant to N.D. Cal. General Order No. 45, section 45 X(B), Adam Brezine hereby attests that concurrence in the filing of this stipulation and proposed order has been obtained from Counsel for the non-filing parties.

                          HOLME ROBERTS & OWEN LLP

              By:    /s/ *Adam Brezine*
                      Adam Brezine

                      Attorneys for Vitamin Shoppe Industries, Inc.

**STIPULATION ALLOWING PLAINTIFF TO FILE AMENDED COMPLAINT; [PROPOSED] ORDER**
**JACKSON V. BALANCED HEALTH PRODUCTS, INC., ET AL.**
**CASE NO. C 08-05584-CW**

#42651 v1 saf