Roger R. Myers (CA Bar No. 146164)
*roger.myers@hro.com*
Adam Brezine (CA Bar No. 220852)
*adam.brezine@hro.com*
HOLME ROBERTS & OWEN LLP
560 Mission St., 25th Floor
San Francisco, CA  94105
415-268-2000
415-268-1999 (fax)

Attorneys for Defendant
VITAMIN SHOPPE INDUSTRIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| GRADY JACKSON and KELLEY ALEXANDER, in their representative capacity pursuant to Cal. Bus. & Prof. Code §§17203, 17535 and Cal. Code Civ. Pro.§§ 382, 1021.5,<br><br>Plaintiffs,<br><br>vs.<br><br>BALANCED HEALTH PRODUCTS, INC., a Delaware Corporation, NIKKI HASKELL, an individual, GENERAL NUTRITION CORPORATION, a Pennsylvania Corporation, GENERAL NUTRITION CENTERS, INC., a Pennsylvania Corporation; and VITAMIN SHOPPE INDUSTRIES, Inc. a New York Corporation, inclusive,<br><br>Defendants. | Case No. C 08-05584-CW<br><br>**STIPULATION SETTING DATE FOR RESPONSE TO AMENDED COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE TO ACCOMMODATE EARLY MEDIATION; ORDER** |

**STIPULATION RE: RESPONSE AND CMC CONTINUANCE; [PROPOSED] ORDER**
**JACKSON V. BALANCED HEALTH PRODUCTS, INC., ET AL.**
**CASE NO. C 08-05584-CW**

#43095 v1 saf

WHEREAS:

A. The parties have agreed to participate in an early mediation before Magistrate Judge Spero on April 1, 2009 (and possibly April 2, 2009, if necessary), and this Court approved the parties' stipulation on March 9, 2009; and

B. Plaintiffs filed an Amended Complaint on March 2, 2009; and

C. The initial Case Management Conference in this case is currently set for March 24, 2009, before the scheduled mediation.

It is HEREBY STIPULATED AND AGREED by and between Plaintiffs Grady Jackson and Kelley Alexander ("Plaintiffs") and Defendants Balanced Health Products, Inc., Nikki Haskell, General Nutrition Corporation, General Nutrition Centers, Inc., and The Vitamin Shoppe Industries, Inc. (collectively, "Defendants"), through their respective counsel, as follows:

1. The deadline for Defendants to answer or otherwise respond to Plaintiffs' Amended Complaint shall be Monday, March 23, 2009.

2. The initial Case Management Conference in this case is continued to Tuesday, April 28, 2009, at 2:00 p.m., and all related deadlines are continued accordingly.

Dated: March 9, 2009

PINNACLE LAW GROUP, LLP

By: */s/ Eric Farber*
  Eric J. Farber
  Attorneys for Plaintiffs
  GRADY JACKSON and KELLY ALEXANDER

Special Appearance:

By: */s/ David Gernsbacher*
  David Gernsbacher (Application for Admission Pending)
  Specially Appearing for Defendants
  BALANCED HEALTH PRODUCTS, INC. and NIKKI HASKELL

HOLME, ROBERTS & OWEN LLP

By: */s/ Adam Brezine*
  Roger R. Myers
  Adam Brezine
  Attorneys for Defendant
  VITAMIN SHOPPE INDUSTRIES, INC.

MCGUIRE WOODS LLP

By: */s/ Sidney Kanazawa*
  Sidney K. Kanazawa
  Attorneys for Defendants
  GENERAL NUTRITION CORPORATION and GENERAL NUTRITION CENTERS, INC.

STIPULATION RE: RESPONSE AND CMC CONTINUANCE; [PROPOSED] ORDER
JACKSON V. BALANCED HEALTH PRODUCTS, INC., ET AL.
CASE NO. C 08-05584-CW

#43095 v1 saf

PURSUANT TO STIPULATION, IT IS SO ORDERED:

_____
United States District Judge

Dated:  3/10/09
       _____

### ATTESTATION OF CONCURRENCE IN FILING

Pursuant to N.D. Cal. General Order No. 45, section 45 X(B), Adam Brezine hereby attests that concurrence in the filing of this stipulation and proposed order has been obtained from Counsel for the non-filing parties.

HOLME ROBERTS & OWEN LLP

By:  /s/ *Adam Brezine*
     Adam Brezine

Attorneys for Vitamin Shoppe Industries, Inc.

STIPULATION RE: RESPONSE AND CMC CONTINUANCE; [PROPOSED] ORDER
JACKSON V. BALANCED HEALTH PRODUCTS, INC., ET AL.
CASE NO. C 08-05584-CW

#43095 v1 saf