

## Holme Roberts & Owen LLP
*Attorneys at Law*

SAN FRANCISCO

BOULDER

COLORADO SPRINGS

DENVER

LONDON

LOS ANGELES

MUNICH

PHOENIX

SALT LAKE CITY

March 16, 2009

**By E-Filing**

Hon. Joseph C. Spero
United States Magistrate Judge
450 Golden Gate Ave.
Courtroom A, 15th Floor
San Francisco, CA 94102

Re:   *Jackson v. Balanced Health Products, et al.*, Case No. 08-05584 CW (JCS); Request to Continue Deadline For Settlement Conference Statements to March 25, 2008

Dear Judge Spero:

We represent defendant Vitamin Shoppe Industries, Inc., in the above-mentioned case, and write on behalf of all parties to request a modification of this Court's March 9, 2009 Settlement Conference Order with respect to the deadline to submit settlement conference statements. This Court's order currently requires the parties to submit their statements not less than 14 days before the scheduled April 1, 2009 conference – or by March 18, 2009.

In agreeing to seek a settlement conference before this Court, the parties had discussed exchanging settlement conference statements by March 25, 2009. This case is still at the pleading stage. Plaintiffs filed a First Amended Complaint on March 2, 2009, and the defendants' responses are not due until March 23, 2009. For these reasons, the parties respectfully request that they be given a one-week extension of time to submit their settlement conference statements, up to and including March 25, 2009.

Respectfully submitted,

*[signature]*
Adam Brezine

Dated: March 17, 2009

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]*

cc:   All Counsel (by E-Filing)
      David Gernsbacher (by E-mail)

Adam Brezine  415.268.1988  adam.brezine@hro.com
560 Mission Street, 25th Floor  San Francisco, California 94105-2994  *tel* 415.268.2000  *fax* 415.268.1999
#43299 v1 saf