1  Roger R. Myers (CA Bar No. 146164)
   *roger.myers@hro.com*
2  Adam Brezine (CA Bar No. 220852)
   *adam.brezine@hro.com*
3  Katherine Keating (CA Bar No. 217908)
   *katherine.keating@hro.com*
4  HOLME ROBERTS & OWEN LLP
   560 Mission St., 25th Floor
5  San Francisco, CA  94105
   415-268-2000
6  415-268-1999 (fax)

7  Attorneys for Defendant
   VITAMIN SHOPPE INDUSTRIES, INC.
8

9                    UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

11

| | |
|---|---|
| GRADY JACKSON and KELLEY ALEXANDER, in their representative capacity pursuant to Cal. Bus. & Prof. Code §§17203, 17535 and Cal. Code Civ. Pro.§§ 382, 1021.5,<br><br>Plaintiffs,<br><br>vs.<br><br>BALANCED HEALTH PRODUCTS, INC., a Delaware Corporation, NIKKI HASKELL, an individual, GENERAL NUTRITION CORPORATION, a Pennsylvania Corporation, GENERAL NUTRITION CENTERS, INC., a Pennsylvania Corporation; GREAT EARTH COMPANIES INC., a Delaware Corporation; VITAMIN SHOPPE INDUSTRIES, Inc. a New York Corporation; and, DOES 1-50, inclusive,<br><br>Defendants. | Case No. C 08-05584-CW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT** |

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER
JACKSON V.  BALANCED HEALTH PRODUCTS, INC., ET AL.
CASE NO. C 08-05584-CW**

#43403 v1 saf

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Grady Jackson and Kelley Alexander ("Plaintiffs") and Defendants Balanced Health Products, Inc., Nikki Haskell, General Nutrition Corporation, General Nutrition Centers, Inc., and The Vitamin Shoppe Industries, Inc. (collectively, "Defendants"), through their respective counsel, as follows:

The parties have an early settlement conference before Magistrate Judge Spero scheduled for April 1 and 2. Currently, the responses to the First Amended Complaint are to be filed on March 23, 2009. In light of the scheduled Settlement Conference, the Parties have stipulated and respectfully request that the Court order responses to be filed no later than April 9, 2009.

Dated: March 19, 2009

PINNACLE LAW GROUP, LLP

By: */s/ Eric Farber*
    Eric J. Farber
    Attorneys for Plaintiffs
    GRADY JACKSON and KELLEY ALEXANDER

Special Appearance:

By: */s/ David Gernsbacher*
    David Gernsbacher (Application for Admission Pending)
    Specially Appearing for Defendants
    BALANCED HEALTH PRODUCTS, INC. and NIKKI HASKELL

HOLME, ROBERTS & OWEN LLP

By: */s/ Katherine Keating*
    Roger R. Myers
    Adam Brezine
    Katherine Keating
    Attorneys for Defendant
    VITAMIN SHOPPE INDUSTRIES, INC.

MCGUIRE WOODS LLP

By: */s/ Sidney Kanazawa*
    Sidney K. Kanazawa
    Attorneys for Defendants
    GENERAL NUTRITION CORPORATION and GENERAL NUTRITION CENTERS, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

_____
United States District Judge

Dated: 3/23/09

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER**
**JACKSON V. BALANCED HEALTH PRODUCTS, INC., ET AL.**
**CASE NO. C 08-05584-CW**

#43403 v1 saf

ATTESTATION OF CONCURRENCE IN FILING

Pursuant to N.D. Cal. General Order No. 45, section 45 X(B), Katherine Keating hereby attests that concurrence in the filing of this stipulation and proposed order has been obtained from Counsel for the non-filing parties.

                              HOLME ROBERTS & OWEN LLP

                    By:    /s/ *Katherine Keating*
                            Katherine Keating

                            Attorneys for Vitamin Shoppe Industries, Inc.

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER**
**JACKSON V. BALANCED HEALTH PRODUCTS, INC., ET AL.**
**CASE NO. C 08-05584-CW**

#43403 v1 saf