1  DAVID L. GERNSBACHER (SBN 89596)
9107 Wilshire Boulevard, Suite 450
2  Beverly Hills, CA 90210
TEL:  310-550-0125
3  FAX: 310-550-0608
4  dgernsbacher@dlglaw.com

5  Attorney for Defendants Balanced
Health Products, Inc. and Nikki Haskell

6

7

8                    UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

10

11

12  GRADY JACKSON and KELLEY                    CASE NO. C08-05584-CW
ALEXANDER, in their representative
13  capacity pursuant to Cal. Bus. & Prof. Code    [*Assigned to the Hon. Claudia Wilken*]
§§17203, 17535 and Cal. Code Civ. Pro.§§
14  382, 1021.5,                                **STIPULATION FOR DEFENDANTS
BALANCED HEALTH PRODUCTS, INC.
15                 Plaintiffs,                  AND NIKKI HASKELL TO EXTEND
TIME TO RESPOND TO FIRST
16            vs.                               AMENDED COMPLAINT; ORDER**
17
BALANCED HEALTH PRODUCTS, INC., a    **[LOCAL RULE 6-1(A)]**
18  Delaware Corporation, NIKKI HASKELL, an
individual, GENERAL NUTRITION
19  CORPORATION, a Pennsylvania
Corporation, GENERAL NUTRITION
20  CENTERS, INC., a Pennsylvania Corporation;
VITAMIN SHOPPE INDUSTRIES, Inc. a
21  New York Corporation; and, DOES 1-50,
inclusive,
22
23                 Defendants.
24

25        IT IS HEREBY STIPULATED by and between the parties, Plaintiffs Grady Jackson and

26  Kelley Alexander and Defendants Balanced Health Products, Inc. and Nikki Haskell, through their

27  respective counsel, pursuant to Local Rule 6-1(a), that, in light of the extended settlement efforts

28  of the parties, Defendants Balanced Health Products, Inc. and Nikki Haskell shall have up to and

---
                                        1

1   including April 16, 2009, to answer, move, or otherwise respond to Plaintiff's Complaint.

2   Dated:  April 3, 2009                    PINNACLE LAW GROUP, LLP

3

4                                            By: */s/ Eric J. Farber*_____
                                                 Eric J. Farber
                                                 Attorneys for Plaintiff Grady Jackson
5

6

7   Dated:  April 3, 2009                    */s/ David l. Gernsbacher*_____
                                             David L. Gernsbacher,
8                                            Attorney for Defendants Balanced Health
                                             Products, Inc. and Nikki Haskell
9

10

11  **PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

12

13  _____

14  United States District Judge

15          4/16/09
    Dated: _____
16

17

18                   **ATTESTATION OF CONCURRENCE IN FILING**

19          Pursuant to N.D. Cal. General Order No. 45, section 45 X(B), David L. Gernsbacher

20  hereby attests that concurrence in the filing of this stipulation and proposed order has been

21  obtained from Counsel for the non-filing parties.

22

                                             */s/ David l. Gernsbacher*_____
23                                           David L. Gernsbacher,
                                             Attorney for Defendants Balanced Health
24                                           Products, Inc. and Nikki Haskell

25

26

27

28                                          2
    STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT          CASE NO. C08-05584-CW

**PROOF OF SERVICE**

I am over the age of 18 and not a party to the within action. My business address is 9107 Wilshire Blvd., Suite 450, Beverly Hills, CA 90210.

On April 14, 2009, I served the document described as: **Stipulation for Defendants Balanced Health Products, Inc. and Nikki Haskell to Extend Time to Respond to First Amended Complaint; Order** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Eric J. Farber
PINNACLE LAW GROUP, LLP
425 California Street, Suite 1800
San Francisco, CA 94104
Attorneys for Plaintiffs Grady Jackson and Kelly Alexander

Sidney K. Kanazawa
MCGUIRE WOODS LLP
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Attorneys for General Nutrition Corporation, and General Nutrition Centers, Inc.

Roger Myers
Adam Brezine
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Attorneys for Vitamin Shoppe Industries, Inc.

Service was accomplished by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California, addressed as set forth above, and through the Notice of Electronic Filing for parties and counsel who are registered ECF Users.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on April 14, 2009, at Beverly Hills, California.

_____

1

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT                    Case No. C08-05584-JCS