Roger Myers (CA State Bar No. 146164)
roger.myers@hro.com
Adam Brezine (CA State Bar No. 220852)
adam.brezine@hro.com
Katherine A. Keating (CA State Bar No. 217908)
katherine.keating@hro.com
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999

Attorneys for Defendant
VITAMIN SHOPPE INDUSTRIES, INC.

Sidney Kanazawa (CA State Bar No. 84698)
skanazawa@mcguirewoods.com
Leslie M. Werlin (CA State Bar No. 67994)
lwerlin@mcguirewoods.com
MCGUIREWOODS LLP
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Telephone:   (310) 315-8200
Facsimile:    (310) 315-8210

Attorneys for Defendant
GENERAL NUTRITION CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| GRADY JACKSON and KELLEY ALEXANDER, in their representative capacity pursuant to Cal. Bus. & Prof. Code §§17203, 17535 and Cal. Code Civ. Pro.§§ 382, 1021.5,<br><br>Plaintiffs,<br><br>vs.<br><br>BALANCED HEALTH PRODUCTS, INC., a Delaware Corporation, NIKKI HASKELL, an individual, GENERAL NUTRITION CORPORATION, a Pennsylvania Corporation; VITAMIN SHOPPE INDUSTRIES, Inc., a New York Corporation,<br><br>Defendants. | Case No. C 08-05584-CW<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING DATE ON MOTION OF DEFENDANTS VITAMIN SHOPPE INDUSTRIES, INC. AND GENERAL NUTRITION CORPORATION TO DISMISS FIRST <u>AMENDED COMPLAINT</u>** |

**STIPULATION TO CONTINUE HEARING DATE ON MOTION TO DISMISS; [PROPOSED] ORDER
CASE NO. C 08-05584-CW**

#43859 v1 saf

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Grady Jackson and Kelley Alexander ("Plaintiffs") and Defendants Balanced Health Products, Inc. ("BHP"), Nikki Haskell, General Nutrition Corporation ("GNC"), and The Vitamin Shoppe Industries, Inc. ("Vitamin Shoppe"), through their respective counsel, as follows:

1. On March 31, 2009, Vitamin Shoppe and GNC filed a Motion to Dismiss Plaintiffs' First Amended Complaint. The hearing on that motion is currently set for May 14, 2009.

2. On April 14, 2009, Nikki Haskell filed a Motion to Dismiss Plaintiffs' First Amended Complaint. The hearing on that motion is currently set for June 4, 2009.

3. On April 15, 2009, BHP and Nikki Haskell joined in the Motion of Vitamin Shoppe and GNC to Dismiss Plaintiffs' First Amended Complaint.

4. In the interest of efficiency, the parties respectfully request that the hearings on the pending motions be consolidated and that the hearing on the Motion of Vitamin Shoppe and GNC to Dismiss Plaintiffs' First Amended Complaint therefore be continued to June 4, 2009. Any dates for Opposition and Reply shall be calculated according to June 4, 2009, and not the original date of hearing.

Dated: April 16, 2009

PINNACLE LAW GROUP, LLP
By: */s/ Eric Farber*_____
    Eric J. Farber
    Attorneys for Plaintiffs
    GRADY JACKSON and KELLEY ALEXANDER

By: */s/ David Gernsbacher*
    David Gernsbacher
    Attorney for Defendants
    BALANCED HEALTH PRODUCTS, INC.
    and NIKKI HASKELL

HOLME, ROBERTS & OWEN LLP
By: */s/ Katherine Keating*
    Roger R. Myers
    Adam Brezine
    Katherine Keating
    Attorneys for Defendant
    VITAMIN SHOPPE INDUSTRIES, INC.

MCGUIRE WOODS LLP
By: */s/ Sidney Kanazawa*
    Sidney K. Kanazawa
    Attorneys for Defendant
    GENERAL NUTRITION CORPORATION

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 4/21/09   _____
    United States District Judge

1 ATTESTATION OF CONCURRENCE IN FILING

2 Pursuant to N.D. Cal. General Order No. 45, section 45 X(B), Katherine Keating hereby
3 attests that concurrence in the filing of this stipulation and proposed order has been obtained from
4 Counsel for the non-filing parties.

HOLME ROBERTS & OWEN LLP

By: /s/ *Katherine Keating*
Katherine Keating

Attorneys for Vitamin Shoppe Industries, Inc.

**STIPULATION TO CONTINUE HEARING DATE ON MOTION TO DISMISS; [PROPOSED] ORDER
CASE NO. C 08-05584-CW**

#43859 v1 saf