Roger R. Myers (CA Bar No. 146164)
*roger.myers@hro.com*
Adam Brezine (CA Bar No. 220852)
*adam.brezine@hro.com*
HOLME ROBERTS & OWEN LLP
560 Mission St., 25th Floor
San Francisco, CA  94105
415-268-2000
415-268-1999 (fax)

Attorneys for Defendant
VITAMIN SHOPPE INDUSTRIES INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| GRADY JACKSON and KELLEY ALEXANDER, in their representative capacity pursuant to Cal. Bus. & Prof. Code §§17203, 17535 and Cal. Code Civ. Pro.§§ 382, 1021.5,<br><br>Plaintiffs,<br><br>vs.<br><br>BALANCED HEALTH PRODUCTS, INC., a Delaware Corporation, NIKKI HASKELL, an individual, GENERAL NUTRITION CORPORATION, a Pennsylvania Corporation, GENERAL NUTRITION CENTERS, INC., a Pennsylvania Corporation; GREAT EARTH COMPANIES INC., a Delaware Corporation; VITAMIN SHOPPE INDUSTRIES, Inc. a New York Corporation; and, DOES 1-50, inclusive,<br><br>Defendants. | Case No. C 08-05584-CW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Grady Jackson and Kelley Alexander ("Plaintiffs") and Defendants Balanced Health Products, Inc. ("BHP"), Nikki Haskell, General Nutrition Corporation, General Nutrition Centers, Inc. (collectively, "GNC"), and Vitamin Shoppe Industries Inc. ("VS") (collectively, "Defendants"), through their respective counsel, as follows:

1. In its June 10, 2009 Order Granting In Part Defendants' Motions To Dismiss,

1

the Court ordered Defendants BHP, GNC, and VS to answer Plaintiffs' complaint with respect to the first through fourth causes of action by July 10, 2009.

    2.    On June 30, 2009, Plaintiffs filed a Second Amended Complaint.

    3.    On July 2, David Gernsbacher, counsel for Defendants BHP and Nikki Haskell, underwent surgery.

    4.    In light of Mr. Gernsbacher's surgery and the filing of the Second Amended Complaint, the Parties have stipulated and respectfully request that the Court extend the time for all Defendants to respond to the Second Amended Complaint by one week, to July 17, 2009.

    5.    The requested extension will not affect any other dates in this case.

Dated:  July 8, 2009

| PINNACLE LAW GROUP, LLP | HOLME ROBERTS & OWEN LLP |
|---|---|
| By: */s/ Andrew August*<br>    Andrew A. August<br>    Attorneys for Plaintiffs<br>    GRADY JACKSON and KELLEY ALEXANDER | By: */s/ Roger Myers*<br>    Roger R. Myers<br>    Adam Brezine<br>    Attorneys for Defendant<br>    VITAMIN SHOPPE INDUSTRIES INC. |
| LAW OFFICES OF DAVID L. GERNSBACHER | MCGUIRE WOODS LLP |
| By: */s/ David Gernsbacher*<br>    David Gernsbacher<br>    Attorney for Defendants<br>    BALANCED HEALTH PRODUCTS, INC.<br>    and NIKKI HASKELL | By: */s/ Sidney Kanazawa*<br>    Sidney K. Kanazawa<br>    Attorneys for Defendants<br>    GENERAL NUTRITION CORPORATION and GENERAL NUTRITION CENTERS, INC. |

PURSUANT TO STIPULATION, IT IS SO ORDERED:

_____
United States District Judge

Dated:  7/21/09  _____

ATTESTATION OF CONCURRENCE IN FILING

Pursuant to N.D. Cal. General Order No. 45, section 45 X(B), Roger Myers hereby attests that concurrence in the filing of this stipulation and proposed order has been obtained from Counsel for the non-filing parties.

HOLME ROBERTS & OWEN LLP

By: /s/ *Roger Myers*
Roger Myers

Attorneys for Vitamin Shoppe Industries Inc.