DAVID L. GERNSBACHER (SBN 89596)
9107 Wilshire Boulevard, Suite 450
Beverly Hills, CA 90210
TEL: 310-550-0125
FAX: 310-550-0608
dgernsbacher@dlglaw.com

Attorney for Defendants Balanced
Health Products, Inc. and Nikki Haskell

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| GRADY JACKSON and KELLEY ALEXANDER, in their representative capacity pursuant to Cal. Bus. & Prof. Code §§17203, 17535 and Cal. Code Civ. Pro.§§ 382, 1021.5,<br><br>Plaintiffs,<br><br>vs.<br><br>BALANCED HEALTH PRODUCTS, INC., a Delaware Corporation, NIKKI HASKELL, an individual, GENERAL NUTRITION CORPORATION, a Pennsylvania Corporation, GENERAL NUTRITION CENTERS, INC., a Pennsylvania Corporation; VITAMIN SHOPPE INDUSTRIES, Inc. a New York Corporation; and, DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. C08-05584-CW<br><br>[*Assigned to the Hon. Claudia Wilken*]<br><br>**STIPULATION TO CONTINUE REPLY AND SUBMISSION OF DEFENDANT NIKKI HASKELL'S MOTION TO DISMISS SECOND AMENDED COMPLAINT; ORDER**<br><br>[LOCAL RULE 6-1(A)] |

IT IS HEREBY STIPULATED by and between the parties, Plaintiffs Grady Jackson and Kelley Alexander and Defendant Nikki Haskell, through their respective counsel, pursuant to Local Rule 6-1(a), with reference to the following facts:

1. By Clerk's Notice dated August 18, 2009, the Clerk gave notice to the parties that, on its own motion, this Court ordered that (a) Defendant Nikki Haskell's Motion to Dismiss Second

1  Amended Complaint would be taken under submission on the papers and that the hearing,
2  previously scheduled for September 10, 2009, was vacated, (b) Opposition to the motion would be
3  due August 20, 2009 and (c) any Reply would be due August 27, 2009;

4      2.   On August 26, 2009, at a Further Settlement Conference in this matter held before the
5  Honorable Joseph C. Spero, the parties reached an agreement in principal to settle the entire case;

6      3.   The proposed settlement is currently being documented, a process that will likely take
7  a few weeks to complete;

8      4.   Judge Spero has issued an order for a Further Settlement Conference set on October 1,
9  2009, if necessary, to ensure that the settlement documenting process proceed and are completed;

10      5.   In light of the foregoing, and in the very unlikely event that the matter does not settle,
11  Plaintiffs and Defendant Haskell wish to continue the date for her Reply and, thus, for this Court
12  to thereafter take under submission Defendant Haskell's Motion to Dismiss the Second Amended
13  Complaint thereafter, to October 8, 2009.

14      **IT IS THEREFORE STIPULATED** that Defendant Nikki Haskell shall have up to and
15  including October 8, 2009 to file a Reply to Plaintiffs' Opposition to Defendant Haskell's Motion
16  to Dismiss Second Amended Complaint and that the Court will thereafter take the matter under
17  submission on the papers.

18  Dated: August 27, 2009    FARBER & COMPANY ATTORNEYS

19
                                By: */s/ Eric J. Farber*
20                                    Eric J. Farber
                                  Attorneys for Plaintiffs Grady Jackson and Kelley Alexander
21
  Dated: August 27, 2009    PINNACLE LAW GROUP, LLP
22

23                                  By: */s/ Andrew A. August*
                                  Andrew A. August
24                                    Attorneys for Plaintiffs Grady Jackson and Kelley Alexander

25

26  Dated: August 27, 2009    */s/ David l. Gernsbacher*
                                  David L. Gernsbacher,
27                                    Attorney for Defendants Balanced Health Products, Inc.
                                  and Nikki Haskell
28

STIPULATION TO CONTINUE REPLY & SUBMISSION OF MOTION    NO. C08-05584-CW
TO DISMISS CASE

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

_____
United States District Judge

Dated: 9/1/09

## ATTESTATION OF CONCURRENCE IN FILING

    Pursuant to N.D. Cal. General Order No. 45, section 45 X(B), David L. Gernsbacher hereby attests that concurrence in the filing of this stipulation and proposed order has been obtained from counsel for the non-filing parties.

                                                        /s/ David l. Gernsbacher_____
                                                        David L. Gernsbacher,
                                                        Attorney for Defendants Balanced Health
                                                        Products, Inc. and Nikki Haskell

**PROOF OF SERVICE**

I am over the age of 18 and not a party to the within action. My business address is 9107 Wilshire Blvd., Suite 450, Beverly Hills, CA 90210.

On August 27, 2009, I served the document described as **STIPULATION TO CONTINUE REPLY AND SUBMISSION OF DEFENDANT NIKKI HASKELL'S MOTION TO DISMISS SECOND AMENDED COMPLAINT; ORDER** through the Notice of Electronic Filing ("ECF") for parties and counsel, all of whom are registered ECF Users:

| | |
|---|---|
| Andrew A. August | Sidney K. Kanazawa |
| aaugust@pinnaclelawgroup.com | SKanazawa@mcguirewoods.com |
| PINNACLE LAW GROUP LLP | MCGUIRE WOODS LLP |
| 425 California Street, Suite 1800 | 1800 Century Park East, 8th Floor |
| San Francisco, California 94104 | Los Angeles, CA 90067 |
| Attorneys for Plaintiffs Grady Jackson and Kelly Alexander | Attorneys for General Nutrition Corporation and General Nutrition Centers, Inc. |
| | |
| Eric J. Farber | Roger Myers |
| Eric.Farber@farberandco.com | Roger.Myers@hro.com |
| Farber & Company Attorneys | HOLME, ROBERTS & OWEN LLP |
| The Rotunda Building | 560 Mission Street, 25th Floor |
| 300 Frank H. Ogawa Plaza, Suite 370 | San Francisco, CA 94105 |
| Oakland, California 94612 | Attorneys for Vitamin Shoppe Industries, Inc. |
| Attorneys for Plaintiffs Grady Jackson and Kelly Alexander | |

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on August 27, 2009, at Beverly Hills, California.

/s/ David L. Gernsbacher
David L. Gernsbacher