DAVID L. GERNSBACHER (SBN 89596)
9107 Wilshire Boulevard, Suite 450
Beverly Hills, CA 90210
TEL: 310-550-0125
FAX: 310-550-0608
dgernsbacher@dlglaw.com

Attorney for Defendants Balanced
Health Products, Inc. and Nikki Haskell

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| GRADY JACKSON and KELLEY ALEXANDER, in their representative capacity pursuant to Cal. Bus. & Prof. Code §§17203, 17535 and Cal. Code Civ. Pro.§§ 382, 1021.5,<br><br>Plaintiffs,<br><br>vs.<br><br>BALANCED HEALTH PRODUCTS, INC., a Delaware Corporation, NIKKI HASKELL, an individual, GENERAL NUTRITION CORPORATION, a Pennsylvania Corporation, and VITAMIN SHOPPE INDUSTRIES, INC., a New York Corporation, inclusive,<br><br>Defendants. | CASE NO. C08-05584-CW<br><br>[*Assigned to the Hon. Claudia Wilken*]<br><br>**STIPULATION TO CONTINUE REPLY AND SUBMISSION OF DEFENDANT NIKKI HASKELL'S MOTION TO DISMISS SECOND AMENDED COMPLAINT; ORDER**<br><br>**[LOCAL RULE 6-1(A)]** |

IT IS HEREBY STIPULATED by and between the parties, Plaintiffs Grady Jackson and Kelley Alexander and Defendant Nikki Haskell, through their respective counsel, pursuant to Local Rule 6-1(a), with reference to the following facts:

1. By Clerk's Notice dated August 18, 2009, the Clerk gave notice to the parties that, on its own motion, this Court ordered that (a) Defendant Nikki Haskell's Motion to Dismiss Second Amended Complaint would be taken under submission on the papers and that the hearing, previously scheduled for September 10, 2009, was vacated, (b) Opposition to the motion would be due August

20, 2009 and (c) any Reply would be due August 27, 2009;

2. By Stipulation and Order, the date for a Reply to Plaint8iffs' Opposition was continued to October 8, 2009;

3. A proposed settlement of the entire case is currently being documented, a process that will likely take a few more weeks to complete;

4. In light of the foregoing, and in the very unlikely event that the matter does not settle, Plaintiffs and Defendant Haskell wish to continue the date for her Reply and, thus, for this Court to thereafter take under submission Defendant Haskell's Motion to Dismiss the Second Amended Complaint thereafter, to November 16, 2009.

**IT IS THEREFORE STIPULATED** that Defendant Nikki Haskell shall have up to and including November 16, 2009 to file a Reply to Plaintiffs' Opposition to Defendant Haskell's Motion to Dismiss Second Amended Complaint and that the Court will thereafter take the matter under submission on the papers.

Dated: October 15, 2009     FARBER & COMPANY ATTORNEYS

By: /s/ Eric J. Farber
    Eric J. Farber
    Attorneys for Plaintiffs Grady Jackson and Kelley Alexander

Dated: October 15, 2009     /s/ David l. Gernsbacher
    David L. Gernsbacher,
    Attorney for Defendants Balanced Health Products, Inc. and Nikki Haskell

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

_____
United States District Judge

Dated: 10/21/09

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to N.D. Cal. General Order No. 45, section 45 X(B), David L. Gernsbacher hereby attests that concurrence in the filing of this stipulation and proposed order has been obtained from counsel for the non-filing parties.

/s/ David l. Gernsbacher
David L. Gernsbacher,
Attorney for Defendants Balanced Health
Products, Inc. and Nikki Haskell

# PROOF OF SERVICE

I am over the age of 18 and not a party to the within action. My business address is 9107 Wilshire Blvd., Suite 450, Beverly Hills, CA 90210.

On October 15, 2009, I served the document described as **STIPULATION TO CONTINUE REPLY AND SUBMISSION OF DEFENDANT NIKKI HASKELL'S MOTION TO DISMISS SECOND AMENDED COMPLAINT; ORDER** through the Notice of Electronic Filing ("ECF") for parties and counsel, all of whom are registered ECF Users:

| | |
|---|---|
| Andrew A. August<br>aaugust@pinnaclelawgroup.com<br>PINNACLE LAW GROUP LLP<br>425 California Street, Suite 1800<br>San Francisco, California 94104<br>Attorneys for Plaintiffs Grady Jackson and Kelly Alexander | Sidney K. Kanazawa<br>SKanazawa@mcguirewoods.com<br>MCGUIRE WOODS LLP<br>1800 Century Park East, 8th Floor<br>Los Angeles, CA 90067<br>Attorneys for General Nutrition Corporation and General Nutrition Centers, Inc. |
| Eric J. Farber<br>Eric.Farber@farberandco.com<br>Farber & Company Attorneys<br>The Rotunda Building<br>300 Frank H. Ogawa Plaza, Suite 370<br>Oakland, California 94612<br>Attorneys for Plaintiffs Grady Jackson and Kelly Alexander | Roger Myers<br>Roger.Myers@hro.com<br>HOLME, ROBERTS & OWEN LLP<br>560 Mission Street, 25th Floor<br>San Francisco, CA 94105<br>Attorneys for Vitamin Shoppe Industries, Inc. |

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on October 15, 2009, at Beverly Hills, California.

                       */s/ David l. Gernsbacher*
                       David L. Gernsbacher